UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: P.R.F. INC. D/B/A
SAN JUAN HEALTH CENTRE
    Debtor

Civil No. 97-1282



## ORDER

| MOTION | RULING |
|---|---|
| Docket #65<br>Motion for leave to withdraw as attorney | Moot. See Docket #66. |
| Docket #68<br>Application to employ counsel for trustee | Granted. |
| Docket #69<br>Application for allowance of final compensation | Granted. |
| Docket #72<br>Motion for order to show cause why administrative expense priority claims should not be paid | Moot. See order regarding Docket #77, infra. |
| Docket #74<br>Motion for order to trustee to pay allowed administrative expense priority claims | Moot. See order regarding Docket #77, infra. |
| Docket #77<br>Motion to submit final accounting and for approval of final distribution | Denied. The Trustee is hereby **ORDERED** to submit a revised proposed partial distribution **by October 29, 1999** in light of the unoppsed objections thereto filed by Richard A. Lee **(Docket #79)** and C.P.A. Hector M. Sanchez Moll **(Docket #82)**. |
| Docket #78<br>Motion to inform of trustee's resignation | Granted. |
| Docket #84<br>Creditor COFECC's attorney's motion to wtihdraw as legal counsel | Granted. |



Civil No. 97-1282(SEC) 2

| MOTION | RULING |
|---|---|
| **Docket #85**<br>**Successor Trustee's motion requesting extension of appointment of special counsel** | Granted. |

DATE: September 30, 1999.

SALVADOR E. CASELLAS
United States District Judge