IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * |
| P.R.F., INC. d/b/a SAN JUAN HEALTH CENTRE | * Civil No. 97-1282(SEC) |
| | * |
| | * Chapter 7 |
| Debtor | * |

## ORDER

Upon Successor Trustee's "Motion Requesting that Case Be Reassigned to the Bankruptcy Court" (**Docket # 90**), this case is hereby referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9TH day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)